JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GALLAGHER,<br>        Petitioner,<br>    v.<br>KEVIN R. CHAPPELL,<br>        Respondent. | Case No. SA CV 14-0433 CAS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: January 6, 2016       _/s/ Christina A. Snyder_

                                                         HON. CHRISTINA A. SNYDER
                                                         UNITED STATES DISTRICT JUDGE